Bradley Carl **BROWN**, Plaintiff–Appellant,

v.

**FEDERAL BUREAU OF PRISONS; Harley G. Lappin, Warden; Al Haynes, Warden; D.E. Gill, Associate Warden; Harold Taylor, Associate Warden; V. Dupuis, S.I.S. Lieutenant; D. Murphy, Lieutenant, Defendants–Appellees.**

No. 10–6238.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 12, 2011.

Decided: Feb. 2, 2011.

Bradley Carl Brown, Appellant Pro Se. Daniel W. Dickinson, Jr., Office of the

United States Attorney, Wheeling, West Virginia, for Appellees.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bradley Carl Brown appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Fed. Bureau of Prisons,* No. 5:08–cv–00083–FPS–JES, 2009 WL 5098082 (N.D.W.Va. Dec. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*